[Nos. 41329-5-I; 41854-8-I;    Division One.    January 11, 1999.]
    41698-7-I; 41549-2-I.

THE STATE OF WASHINGTON, *Respondent*, v. JACK ERVIN, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KEITH LAMOUNT ALBERSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SASHA SHARIEK FALKNER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA FERN HEEN, *Appellant*.

Appeals from a judgment of the Superior Court for King

County, No. 96-1-08523-1, Patricia H. Aitken, J., entered October 27, November 4, 24, and 17, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.